Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
Ph: (323) 988-2400;
Fax: (866) 802-0021
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO
### SOUTHERN DIVISION

| | |
|---|---|
| **CINDY ROSE,**  **Plaintiff,**  v.  **MIDLAND CREDIT MANAGEMENT, INC.,**  **Defendant.** | Case No.:  **COMPLAINT**  **(Unlawful Debt Collection Practices)**  **DEMAND FOR JURY TRIAL** |

### VERIFIED COMPLAINT

CINDY ROSE, by her attorneys, KROHN & MOSS, LTD., alleges the following against MIDLAND CREDIT MANAGEMENT, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

Complaint – page 1

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in the State of Idaho personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person who resides in Boise, Ada County, Idaho.

6. Defendant is a debt collector with an office in San Diego, California.

7. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

8. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

9. Defendant contacts Plaintiff seeking and demanding payment of an alleged debt for a Dell account for approximately $2000.

10. Defendant sent Plaintiff a "pre-legal notification" letter.

11. Plaintiff called Defendant to discuss the letter and to resolve the issue.

12. Defendant's female agent demanded that Plaintiff pays $200 per month.

13. Plaintiff explained that she can't afford to pay $200 per month and offered to pay $50 a month.

14. Defendant's agent told Plaintiff that while she can't "reject" $50 a month, unless more was paid, she couldn't keep the file in her office, which Defendant intended to be a threat of suit.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is the abuse and harassment of Plaintiff.

    b. Defendant violated *§1692e(5)* of the FDCPA by implying that legal action would be taken against Plaintiff when Defendant has not and does not intend to take such action.

    c. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means to collect a debt by sending Plaintiff a "pre-legal notification" letter.

WHEREFORE, Plaintiff, CINDY ROSE, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

16. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

18. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, CINDY ROSE, demands a jury trial in this cause of action.

DATED: August 12, 2011

RESPECTFULLY SUBMITTED,

By: /s/Robert C. Montgomery
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

Complaint – page 4

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO

Plaintiff, CINDY ROSE, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, CINDY ROSE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 7/5/2011

_____
CINDY ROSE

Complaint – page 5