UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| **CINDY ROSE,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>             **Defendant.** | Case No.: 11-cv-00370-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

### ORDER OF DISMISSAL WITH PREJUDICE

The Parties having stipulated to a dismissal of the matter,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** each Party to bear its own costs and attorney's fees.

**DONE AND ORDERED.**

DATED:  January 17, 2012

_____
Honorable Edward J. Lodge
U. S. District Judge